United States Bankruptcy Court
Northern District of Ohio

In re:  
Rosa S. Braden  
    Debtor(s)

Case No. 20-14103-jps  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0647-1        User: nbrow        Page 1 of 2  
Date Rcvd: Sep 30, 2020      Form ID: 309I      Total Noticed: 26

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Rosa S. Braden, 1526 E 172nd Street, Cleveland, OH 44110-2929 |
| 26699758 | #+ | Atlantic Credit & Finance, PO Box 13386, Roanoke, VA 24033-3386 |
| 26699759 | + | Auto Site Inc, 3001 State Route 59, Ravenna, OH 44266-1653 |
| 26699760 | + | Bernadette Miller, 19513 Mohican Avenue, Cleveland, OH 44119-2867 |
| 26699762 | + | Cleveland Clinic, 9500 Euclid Avenue, Cleveland, OH 44195-0002 |
| 26699763 | | Hertz Claim Center, PO Box 948339, Maitland, FL 32794-8339 |
| 26699766 | + | Innovative Health Solutions, c/o Seeley Medical, 104 Parker Drive, Andover, OH 44003-9481 |
| 26699767 | + | Midland Credit Management, 350 Camino De La Reina, Ste 100, San Diego, CA 92108-3007 |
| 26699769 | + | New Family Physicians Associates, 5187 Mayfield Road, Ste 20, Cleveland, OH 44124-2466 |
| 26699770 | + | Progressive Insurance Company, Box W33, 6300 Wilson Mills Road, Cleveland, OH 44143-2182 |
| 26699771 | + | ROI, PO Box 549, Timonium, MD 21094-0549 |
| 26705264 | | THE HUNTINGTON NATIONAL BANK, PO BOX 889424, CLEVELAND, OH 44101-8539 |
| 26699776 | | UMR, PO Box 30541, Salt Lake City, UT 84130-0541 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rhlegal@aol.com | Sep 30 2020 22:34:00 | Renee Heller, 14077 Cedar Road, Suite 101, Cleveland, OH 44118 |
| tr | + | Email/Text: number@trust13.com | Sep 30 2020 22:37:00 | Lauren A. Helbling, 200 Public Square Suite 3860, Cleveland, OH 44114-2322 |
| ust | + | Email/Text: ustpregion09.cl.ecf@usdoj.gov | Sep 30 2020 22:36:00 | Cynthia J. Thayer, US Department of Justice, 201 Superior Avenue, Suite 441, Cleveland, OH 44114-1234 |
| 26699761 | | Email/Text: Bankruptcy_Unit@clevelandwater.com | Sep 30 2020 22:35:00 | City of Cleveland Division of Water, PO Box 94540, Cleveland, OH 44101-4540 |
| 26699764 | + | Email/Text: bankruptcy@huntington.com | Sep 30 2020 22:37:00 | Huntington Bank, 5555 Cleveland Avenue, Columbus, OH 43231-4048 |
| 26699765 | | EDI: IIC9.COM | Oct 01 2020 01:43:00 | IC System Inc., 444 Highway 96 East, PO Box 64437, Saint Paul, MN 55164-0437 |
| 26711911 | + | EDI: MID8.COM | Oct 01 2020 01:43:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 26699768 | | Email/Text: Bankruptcy_Unit@clevelandwater.com | Sep 30 2020 22:35:00 | NEORSD, PO Box 94550, Cleveland, OH 44101-4550 |
| 26701092 | + | EDI: PRA.COM | Oct 01 2020 01:43:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26699772 | + | Email/Text: Supportservices@receivablesperformance.com | Sep 30 2020 22:39:00 | RPM, 20816 44th Ave W, Lynnwood, WA 98036-7799 |
| 26699773 | | Email/Text: bknotices@snsc.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 30 2020 22:39:00 | SN Servicing Corporation, 323 5th Street, Eureka, CA 95501 |
| 26699774 | | EDI: NEXTEL.COM | | |
| | | | Oct 01 2020 01:43:00 | Sprint, Attn: Bankruptcy, PO Box 7949, Overland Park, KS 66207-0949 |
| 26699775 | | EDI: RMSC.COM | | |
| | | | Oct 01 2020 01:43:00 | Synchrony Bank, ATTN: Bankruptcy Department, PO Box 965061, Orlando, FL 32896-5061 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 02, 2020    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Lauren A. Helbling | ch13trustee@ch13cleve.com  lhelbling13@ecf.epiqsystems.com |
| Renee Heller | on behalf of Debtor Rosa S. Braden rhlegal@aol.com |

TOTAL: 2

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Rosa S. Braden** | | Social Security number or ITIN | xxx–xx–2717 |
| | First Name  Middle Name  Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Ohio** | | Date case filed for chapter 13 | 9/9/20 |
| Case number: | 20–14103–jps | | | |

Official Form 309I
# Notice of Chapter 13 Bankruptcy Case   12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Rosa S. Braden | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 1526 E 172nd Street<br>Cleveland, OH 44110 | |
| 4. | **Debtor's attorney**<br>Name and address | Renee Heller<br>14077 Cedar Road, Suite 101<br>Cleveland, OH 44118 | Contact phone (216) 691–0404<br>Email: rhlegal@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Lauren A. Helbling<br>200 Public Square Suite 3860<br>Cleveland, OH 44114–2321 | Contact phone (216) 621–4268<br>Email: ch13trustee@ch13cleve.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at<br>www.pacer.gov<br>www.ohnb.uscourts.gov | United States Bankruptcy Court<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH 44114–1235 | Hours open:<br>9:00 AM – 4:00 PM<br>Contact phone 216–615–4300<br>Date: 9/30/20 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 21, 2020 at 11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>**\*\*\* Valid photo identification required \*\*\***<br>**\*\*\* Proof of Social Security Number required \*\*\*** | **Location:**<br>**341 meeting will be conducted remotely. Please check the docket or with the case trustee for procedures.** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 12/21/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/18/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 3/8/21** |
| | **Deadline to File an Objection to Confirmation:** | **Filing deadline: 7 days before the confirmation hearing date.** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. Effective February 1, 2019, the Electronic Proof of Claim (ePOC) filing program is available on the court's website for all users to file a Proof of Claim, Amended Proof of Claim, Withdrawal of Claim, and Supplement to a Claim. A login/password is **not** required to use ePOC. Parties not represented by an attorney and registered CM/ECF filers may use this service. Access and instructions for ePOC filing are available in the ECF and Case Info section of the court website at www.ohnb.uscourts.gov. Parties who would like to file a Proof of Claim manually may obtain a Proof of Claim form (Official Form B410) from the Forms page of the United States Court's website at www.uscourts.gov, or at any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**12/3/20** at **09:30 AM** , Location: **H.M. Metzenbaum Courthouse, 201 Superior Avenue, Courtroom #2B, Cleveland, OH 44114** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |